IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 OCT 12  PM 2: 08

DEPUTY CLERK_____ *cef*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:16-CR-63-D |
| MICHAEL ALAN CHANCE GREEN | |

## INDICTMENT

The Grand Jury Charges:

Count One
Person Committed to a Mental Institution
in Possession of Firearms and Aiding and Abetting
(Violation of 18 U.S.C. §§ 922(g)(4), 924(a)(2), and 2)

On or about July 5, 2016, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Michael Alan Chance Green**, defendant, a person who had

previously been adjudicated as a mental defective and who had previously been

committed to a mental institution, did knowingly possess in and affecting interstate and

foreign commerce firearms, that is: (1) a Tippman Arms, .357 magnum caliber rifle,

serial number 084; (2) a North American Arms, Model NAA22, .22 magnum caliber

revolver, serial number E210197; and (3) a Ruger, Model GP100, .357 magnum caliber

revolver, serial number 176-09524.

In violation of Title 18, United States Code, Sections 922(g)(4), 924(a)(2), and 2.

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this indictment, and

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Michael Alan**

**Chance Green** shall forfeit to the United States of America any firearm and ammunition

involved in or used in the knowing commission of the offense, including, but not limited

to, the following: (1) a Tippman Arms, .357 magnum caliber rifle, serial number 084; (2)

a North American Arms, Model NAA22, .22 magnum caliber revolver, serial number

E210197; (3) a Ruger, Model GP100, .357 magnum caliber revolver, serial number 176-

09524; and (4) 152 rounds of ammunition.

A TRUE BILL:

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

JEFFREY R. HAAG
Assistant United States Attorney
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7559
Facsimile:    806-472-7394
E-mail:        jeffrey.haag@usdoj.gov

**Michael Alan Chance Green**
**Indictment - Page 2**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

### AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL ALAN CHANCE GREEN

|  | INDICTMENT |
|---|---|
| COUNT 1: | PERSON COMMITTED TO A MENTAL INSTITUTION IN POSSESSION OF FIREARMS AND AIDING AND ABETTING |
|  | Title 18, United States Code, Sections 922(g)(4), 924(a)(2), and 2. |
|  | FORFEITURE NOTICE |
|  | (1 COUNT + FORFEITURE COUNT) |

A true bill rendered:

~~Amarillo~~ Lubbock _____ Foreperson

Filed in open court this _____12th_____ day of _____October_____, A.D. 2016.

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE