AO 442   (Rev. 10/03) Warrant for Arrest

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

2016 OCT 24  PM 4: 50

DEPUTY CLERK

UNITED STATES OF AMERICA

V.

MICHAEL ALAN CHANCE GREEN

**WARRANT FOR ARREST**

Case Number: 2:16-CR-63-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MICHAEL ALAN CHANCE GREEN__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petiton  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her (brief description of offense)

Person Committed to a Mental Institution in Possession of Firearms and Aiding and Abetting (Violation of 18 U.S.C. §§ 922(g)(4), 924(a)(2), and 2)

in violation of Title _____  United States Code, Section(s) _____  See above.

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell*
Signature of Issuing Officer

U.S. Magistrate Judge Clinton E. Averitte

Oct 12, 2016
Date

Amarillo, TX
Location

By: A. Cobb
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

U.S. Marshals 205 E 5th Amarillo, TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/20/16 | Matthew E. Clay  DUSM | |
| DATE OF ARREST 10/20/16 | | |