UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED
2016 OCT 24 PM 4:51

DEPUTY CLERK _____

| JUDGE: | CLINTON E. AVERITTE | | |
|---|---|---|---|
| DEPUTY CLERK: | E. Brito | COURT REPORTER/TAPE NO: | Digital |
| LAW CLERK: | | USPO/PTSO: | L. Avent, W. Cruz, Z. Poirier |
| INTERPRETER: | | COURT TIME: | 8 min. |
| DIVISION HELD: | Amarillo | DATE: 10/24/16 | TIME: 9:30 a.m. |

CR. NO. ____2:16-CR-63____   DEFT __1__

UNITED STATES OF AMERICA       § Joshua Frausto, Sean Taylor, AUSA

V.                                                          _____ A

MICHAEL ALAN CHANCE GREEN      § _____ A

DEFENDANT(S) NAME(S) AND NUMBER(S)   § COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

✓ INITIAL APPEARANCE ___ IDENTITY ___ BOND HEARING ___ PRELIMINARY HEARING
___ DETENTION HEARING ___ COUNSEL DETERMINATION HEARING ___ REMOVAL HEARING ___ EXTRADITION HEARING
___ HEARING CONTINUED ON _____ CASE NO. _____ ___ OTHER DISTRICT ___ DIVISION
✓ DATE OF FEDERAL ARREST/CUSTODY: 10/20/16 ___ SURRENDER ___ RULE 5/32 ___ APPEARED ON WRIT
✓ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ___ PROBATION/SUPERVISED RELEASE VIOLATOR
___ DEFT FIRST APPEARANCE WITH COUNSEL.
✓ DEFT ___ MW (MATERIAL WITNESS) _____ APPEARED ___ WITH ✓ WITHOUT COUNSEL
___ REQUESTS APPOINTED COUNSEL.
___ FINANCIAL AFFIDAVIT EXECUTED.
___ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
___ PRIVATE COUNSEL APPOINTED _____
✓ DEFT ~~HAS~~ to RETAIN~~ED~~ COUNSEL _____
✓ ARRAIGNMENT SET 10/26/16 @ 1:00pm _____   ✓ Bond ~~DETENTION~~ HEARING SET 10/26/16 @ 1:00pm
___ PRELIMINARY HEARING SET _____ ___ BOND HEARING SET _____
___ COUNSEL DETERMINATION HEARING SET _____
___ IDENTITY/REMOVAL HEARING SET _____
___ BOND ___ SET ___ REDUCED TO $ _____ ___ CASH ___ SURETY ___ 10% ___ PR ___ UNS ___ 3RD  PTY ___ MW
___ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
___ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
___ ORDER OF DETENTION PENDING TRIAL ENTERED.
___ DEFT ADVISED OF CONDITIONS OF RELEASE.
___ BOND EXECUTED ___ DEFT ___ MW RELEASED ___ STATE AUTHORITIES ___ INS
✓ DEFT ___ MW ✓ REMANDED TO CUSTODY.
___ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
___ WAIVER OF ___ PRELIMINARY HEARING ___ RULE 5/32 HEARING ___ DETENTION HEARING
___ COURT FINDS PROBABLE CAUSE ___ ID ___ PC.
___ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
___ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
REMARKS: _____