IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 2:16-CR-63 (1) |
| MICHAEL ALAN CHANCE GREEN | § | |

## ORDER ON BOND HEARING, SETTING BOND AND CONDITIONS OF RELEASE

On the 26th day of October 2016, the above-referenced case was called for the purpose of a Bond Hearing. The defendant, MICHAEL ALAN CHANCE GREEN appeared in person, and with appointed counsel, Ms. Helen Liggett, Assistant Federal Public Defender. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

The government did not move for Pretrial Detention of defendant. Therefore, based upon the information in the Pretrial Report, the Court finds the defendant should be released on a $10,000 secured bond secured by $1,000 in cash deposited with the Court, with certain specific conditions of release.

The defendant is Ordered released after posting of the bond and processing by the United States Marshal.

IT IS SO ORDERED.

ENTERED this 27th day of October, 2016.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE