IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 2:16-CR-063-D(1) |
| | § | |
| MICHAEL ALAN CHANCE GREEN, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On July 10, 2018 the court conducted a hearing on the government's request that defendant Michael Alan Chance Green ("Green") be involuntarily medicated. After considering the evidence under the factors of *Sell v. United States*, the court held that the government had met its burden of proof and granted the request based on the findings of fact and conclusions of law set out in a bench ruling.

Accordingly, it is ordered that Green be involuntarily medicated with antipsychotic medications in accordance with the proposed treatment plan of Robert Sarrazin, M.D., Chief of Psychiatry, U.S. Medical Center for Federal Prisoners ("USMCFP"), Springfield, Missouri, for a period of up to 120 days.

It is further ordered that, if Green is restored to competency during the period set forth in 18 U.S.C. § 4241(d), a psychiatric or physiological examination be conducted pursuant to 18 U.S.C. §§ 4242 and 4247(c)(4)(B) to determine his sanity at the time of the offense charged. The time period for this evaluation shall not exceed 45 days. This provision is meant to avoid the immediate transfer of Green to the Amarillo Division of the Northern District of Texas for court proceedings

upon a finding of insanity at the time of the commission of the offense, and to maintain the custody of Green at USMCFP for an immediate risk assessment.

It is further ordered that, if Green is found to have been insane at the time of the offense charged, an assessment under 18 U.S.C. §§ 4246(b) and 4247(b) and (c) be conducted to determine whether Green has recovered from his mental disease or defect to such an extent that his release would no longer create a substantial risk of bodily injury to another person or serious damage to property of another. The time period for this evaluation shall not exceed 45 days.

**SO ORDERED**.

July 11, 2018.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE